No. 412. SMITH v. UNITED STATES, 352 U. S. 909. The motion for leave to file petition for rehearing is granted. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.

No. 596. UNITED STATES v. KORPAN. Certiorari, 352 U. S. 980, to the United States Court of Appeals for the Seventh Circuit;

No. 674. UNITED STATES v. HUNT ET AL.; and

No. 675. UNITED STATES v. OLLHOFF ET AL. Appeals from the United States District Court for the District of Minnesota;

No. 723. UNITED STATES v. MACK;

No. 724. UNITED STATES v. CALI; and

No. 725. UNITED STATES v. EDWARDS. Appeals from the United States District Court for the District of Arizona;

No. 726. UNITED STATES v. HATCH. Appeal from the United States District Court for the Eastern District of Louisiana; and

No. 727. UNITED STATES v. HARRIS ET AL. Appeal from the United States District Court for the Western District of Arkansas. The motion to consolidate is denied. *Solicitor General Rankin* for the United States. *Robert A. Sprecher* for respondent in No. 596 and appellees in Nos. 674, 675, 723 to 727, inclusive, movants. Reported below: No. 596, 237 F. 2d 676; Nos. 674 and 675, 146 F. Supp. 143.